COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] PRELIMINARY (EXAMINATION) (HEARING)
- [ ] REMOVAL HEARING [RULE 5]
- [ ] ARRAIGNMENT

DATE: 7/14/2006

Digital Recording 11:02 to 11:23 am

PRESIDING MAG. JUDGE: Delores Boyd      DEPUTY CLERK: sql
CASE NO.: 2:06mj69-DRB      DEFT. NAME: Hector SILVA
AUSA: Moorer      DEFT. ATTY: Sam Walker
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: ~~Thweatt~~ Martin
USPO: _____

Defendant ✓ does ____ does NOT need an interpreter
Interpreter present ____ NO ✓ YES   Name: Beverly Childress

- [x] Date of Arrest 7-13-06 or [ ] Arrest Rule 5
- [x] Deft. First Appearance. Advised of rights/charges. [ ] Prob/Sup Rel Violator
- [x] Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [x] Requests appointed Counsel
- [x] Financial Affidavit executed [ ] to be obtained by PTSO
- [x] ORDER appointing Community Defender Organization
- [ ] Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained _____
- [ ] Government's ORAL Motion for Detention Hearing [ ] to be followed by written motion;
  [ ] Government's WRITTEN motion for Detention Hearing filed
- [ ] Detention Hearing [ ] held; [ ] set for _____ at _____
- [ ] ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] ORDER OF DETENTION PENDING TRIAL entered
- [ ] Release order entered. Deft advised of conditions of release
- [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released
- [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] Bond not executed. Deft to remain in Marshal's custody
- [ ] Deft. ORDERED REMOVED to originating district
- [ ] Waiver of [ ] preliminary hearing; [ ] Waiver of Rule 40 Hearing
- [ ] Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [ ] ARRAIGNMENT [ ] HELD. Plea of NOT GUILTY entered. [ ] Set for _____
  DISCOVERY DISCLOSURE DATE: _____
- [ ] NOTICE to retained Criminal Defense Attorney handed to counsel
- [ ] Identity/Removal Hearing set for _____
- [ ] Waiver of Speedy Trial Act Rights executed