IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06mj69-DRB |
| | ) | |
| HECTOR R. SILVA and | ) | |
| ROSA E. RINCON, | ) | |

## ORDER ON MOTIONS

At the initial appearance today for these defendants on a criminal complaint filed July 13, 2006) (Doc. 1), the court appointed separate counsel and each made an oral motion for a preliminary hearing. The United States filed its *Motion for Detention Hearing* (Doc. 5, July 14, 2006) with respect to each defendant. It is, therefore,

**ORDERED** that defendants' oral motions preliminary hearing are **GRANTED, and** the Government's *Motion* is **GRANTED** to the extent of its request for a detention hearing. The preliminary hearing and detention hearing are consolidated for hearing at **10:00 a.m. on July 21, 2006,** in District Courtroom 4A, Frank M. Johnson United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Pending the hearing, the defendants shall be held in the custody of the U.S. Marshal and produced for the hearing.

Done this 14th day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE