IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-mj-0069-DRB |
| | ) | |
| HECTOR SILVA | ) | |

### ORDER ON MOTION

For good cause therein, it is

**ORDERED** that the *Motion to Withdraw* filed by Assistant Federal Defender Donnie W. Bethel (Doc. 16, July 19, 2006), is **GRANTED**.

Accordingly, pursuant to Barry Teague's *Notice of Appearance of Counsel* (Doc. 15, filed July 19, 2006), it is further

ORDERED that the Clerk designate Barry E. Teague as Defendant Silva's attorney of record.

DONE this 20th day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE