**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 7-21-2006

DIGITAL RECORDING: 10:03 - 10:10 am
10:20 - 11:22 am
11:54 am - 12:21 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☒ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☒ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd    DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 2:06mj69-DRB    DEFT. NAME: Hector R. SILVA

USA: Terry Moorer    ATTY: Barry Teague

Type Counsel: (**Retained**) ( ) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ✓ does ____ does NOT need an interpreter

Interpreter present ____ NO ✓ YES    NAME: Beverly Childress

---

- ☐ kars.  Date of Arrest _____ or ☐ karsr40
- ☐ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.  Deft. First Appearance with Counsel
- ☐  Deft. First Appearance without Counsel
- ☐  Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted  ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's WRITTEN Motion for Detention Hrg. filed.
- ☒ kdmhrg.  Detention Hearing ☒ held; ☐ set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. Deft. advised of conditions of release
- ☐ kbnd.  ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐  ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ☒  Preliminary Hearing ☐ Set for _____
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl  Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☒  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.  ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
- ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: _____
- ☒ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt  Waiver of Speedy Trial Act Rights Executed