IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-mj-0069-DRB |
| | ) | |
| HECTOR SILVA | ) | |

## ORDER FOR LIMITED APPOINTMENT OF COUNSEL

For good cause upon notice of the death on July 23, 2006, of Atty. Barry Teague, who appeared as retained counsel for Defendant Hector R. Silva at his preliminary and detention hearing on July 21, 2006, it is **ORDERED** that:

1. Assistant Federal Defender, Donnie Wayne Bethel, who was permitted to withdraw in response to Atty. Teague's appearance notice on July 19, 2006, is hereby RE-APPOINTED for the LIMITED PURPOSE of ensuring that the Defendant receives prompt notice of the death of his retained counsel so that he can decide expeditiously whether to retain new counsel or to seek the reappointment of the Federal Defender.

2. Atty. Bethel is AUTHORIZED to employ the services of certified interpreter Beverly Childress, if necessary, in order to facilitate his oral or written communications with Defendant. Counsel is reminded to conserve the court's expenses for interpreter services by ascertaining initially her scheduled appearances in Montgomery this week for either "jail" interviews or courtroom appearances for Spanish-speaking defendants like Defendant Silva.

3. Atty. Bethel shall file by August 3, 2006, notice of compliance with this Order.
DONE this 24th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE