IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-mj-0069-DRB |
| | ) | |
| HECTOR SILVA | ) | |

### ORDER APPOINTING COUNSEL

For good cause shown in the *Notice of Compliance with Court's Order and Notice of Appearance*, filed on August 2, 2006 (Doc. 28), it is

ORDERED that Assistant Federal Defender Donnie W. Bethel is appointed to represent Defendant Hector Silva in all proceedings in this cause of action.

DONE this 3rd day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE