**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **PLAINTIFF** | ) | |
| | ) | **CR. NO:** |
| | ) | **2:06-MJ-0069-DRB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **HECTOR R. SILVA** | ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and hereby advises this Honorable Court that he is representing Hector R. Silva in the above styled cause of action, and the Clerk of this Court is respectfully requested to place counsel's name on the docket sheet as the attorney of record to be noticed on all pleadings and to advise counsel of any future orders of the Court.

Done this the 20th day of September, 2006.

                                        **/s/ Matthew P. Teague_____**
                                        Matthew P. Teague (TEA010)
                                        Attorney for Hector R. Silva

Of Counsel:

Matthew P. Teague, Esq.
138 Adams Avenue, Second Floor, Suite 3
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500 (Telephone)
(334) 834-4500 (Facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the foregoing document has been served by the United States Attorney and other counsel of record by placing the same in the U.S. Mail, postage prepaid and addressed as shown below, this the 20th day of September, 2006.

Terry F. Moorer, Esq.
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
Email: terry.moorer@usdoj.gov

<u>**/s/ Matthew P. Teague**</u>
Matthew P. Teague, Esq.